IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 20  P 3: 43

| | | |
|---|---|---|
| MONICA JORDAN<br>LOUIS JORDAN | * | |
| Plaintiffs, | * | |
| v. | * | |
| WASHINGTON MUTUAL BANK | * | Case No. H-02-CV-1465 |
| and | * | ____FILED  ____ENTERED<br>____LODGED  ____RECEIVED |
| FIRST HORIZON HOME LOAN<br>CORPORATION | * | MAY 21 2002 |
| Defendants. | * | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY_____DEPUTY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs Louis and Monica Jordan, by and through their undersigned attorney, and Defendant First Horizon Home Loan Corporation ("First Horizon"), by and through its undersigned attorney, hereby agree to an extension until Monday, June 3, 2002, for Defendant First Horizon to respond to Plaintiffs' Complaint.

Dated: May 20, 2002

Respectfully submitted,

_Howard J. Needle/kjd_                    _Kelly J. Davidson_
Howard J. Needle, Bar No. 2904 *with*     David B. Hamilton, Bar No. 04308
1321 Harden Lane        *permission*      Kelly J. Davidson, Bar No. 25217
Baltimore, Maryland 21208                 Ober, Kaler, Grimes & Shriver
Telephone: (410) 484-8701                 A PROFESSIONAL CORPORATION
Facsimile: (410) 484-8703                 120 E. Baltimore Street
                                          Baltimore, Maryland 21202-1643
                                          Telephone: (410) 685-1120
Attorney for Plaintiffs                   Facsimile: (410) 547-0699
Monica and Louis Jordan

Attorneys for Defendant
First Horizon Home Loan Corporation

_21st_ day of _May_, 20_02_

_Alexander Harvey_
Senior United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Consent to Extension of Time to Respond to Complaint was served via facsimile and first-class mail this 20th day of May 2002 on:

Howard J. Needle, Esquire
1321 Harden Lane
Baltimore, Maryland 21208

Attorney for Plaintiffs

_____
Kelly J. Davidson