IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MONICA JORDAN<br>LOUIS JORDAN | * | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br><br>2002 MAY 31  P 3: 44<br><br>CLERK'S OFFICE<br>AT BALTIMORE<br><br>BY_____DEPUTY |
| Plaintiffs, | * | |
| v. | * | |
| WASHINGTON MUTUAL BANK | * | Case No. H-02-CV-1465 |
| and | * | |
| FIRST HORIZON HOME LOAN CORPORATION | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered the Second Consent to Extension of Time to Respond to Complaint filed jointly by Plaintiffs Louis and Monica Jordan and Defendant First Horizon Home Loan Corporation, it hereby

ORDERED, that the Second Consent to Extension of Time to Respond to Complaint is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant First Horizon Home Loan Corporation shall have until Monday, June 10, 2002 to respond to the Complaint.

SO ORDERED this 31st day of May 2002.

Alexander Harvey, II
United States District Judge