UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -3  P 3: 15

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| Monica Jordan ) | |
| Louis Jordan ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Civil Action Number: H02CV1465 |
| ) | |
| Washington Mutual Bank ) | |
| ) | |
| and ) | |
| ) | |
| First Horizon Home Loan Corporation ) | |
| ) | |
|     Defendant(s) ) | |

### ORDER

Upon consideration of the Second Consent to Extension of Time to Respond to Complaint filed jointly by Plaintiffs Louis and Monica Jordan and Defendant Washington Mutual Bank, FA, it is hereby

**ORDERED**, that the Second Consent to Extension of Time to Respond to Complaint is hereby **GRANTED**, and it is

**FURTHER ORDERED**, that Defendant Washington Mutual Bank, FA shall have until Tuesday, June 11, 2002 to respond to the Complaint.

SO ORDERED this 3rd day of June, 2002.

_____
Alexander Harvey, II
United States District Judge