FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT** 2002 JUN 14 P 3: 26

**FOR THE DISTRICT OF MARYLAND** CLERK'S OFFICE
AT BALTIMORE

**NORTHERN DIVISION** _____DEPUTY

| | | |
|---|---|---|
| **MONICA JORDAN** <br> **LOUIS JORDAN** | * | |
| Plaintiffs | | |
| | * | |
| **V.** | | |
| | * | |
| **WASHINGTON MUTUAL BANK** | * | |
| and | | Case No.: **H-02-CV-1465** |
| | * | |
| **FIRST HORIZON HOME LOAN** <br> **CORPORATION** | | |
| | * | |
| Defendants | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## O R D E R

Upon consideration of the Consent Motion to Extend Time to Answer Motion to Dismiss, it is this _14th_ day of June, 2002,

Ordered, that the motion is granted and the plaintiff shall have until July 9, 2002, to answer the Motion to Dismiss filed by defendant First Horizon Home Loan Corporation.

Alexander Harvey, II
United States District Court Judge