UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
2002 SEP -6  P 3: 30

| | | |
|---|---|---|
| Monica Jordan and<br>Louis Jordan,<br>    Plaintiffs,<br><br>v.<br><br>Washington Mutual Bank, FA, et al.,<br><br>and<br><br>First Horizon Home Loan Corporation<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Number: H02CV1465 |

## O R D E R

Upon consideration of the Joint Motion to Modify Scheduling Order, and the parties having shown good cause therefor, it is by the Court this 6th day of September, 2002,

Ordered, that the said Motion to Modify Scheduling Order be, and the same hereby is, granted, and that the Scheduling Order previously issued in this case shall be modified as follows; otherwise said Scheduling Order shall remain in full force and effect:

1. The Scheduling Order shall be amended by inserting the date September 15, 2002, in lieu of July 30, 2002, as the date on which said Scheduling Order shall be deemed to have been issued; and

2. The Scheduling Order shall be amended by inserting the date March 18, 2003, as the date for the Pre-trial Conference (or such other date as shall be convenient to the Court).

_____
The Honorable Alexander Harvey, II
Senior United States District Judge