FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 OCT 15 P 1:06
AT BALTIMORE
BY________DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**MONICA JORDAN**
**LOUIS JORDAN**

**Plaintiffs,**

**v.** **Case No. H-02-CV-1465**

**WASHINGTON MUTUAL BANK, *et al.*,**

**Defendants.**

* * * * * * * * * * * * *

**STIPULATION OF DISMISSAL OF DEFENDANT FIRST HORIZON HOME LOAN CORPORATION WITH PREJUDICE**

Plaintiffs Monica and Louis Jordan, Defendant First Horizon Home Loan Corporation and Defendant Washington Mutual Bank, FA, by and through their undersigned attorneys, pursuant to FED. RULE CIV. P. 41(a)(1)(ii), hereby stipulate to the dismissal of Defendant First Horizon Home Loan Corporation from this action with prejudice.

Dated: ~~September~~ October 15, 2002

Respectfully submitted,

[signature]
Howard J. Needle, Bar No. 2904
1321 Harden Lane
Baltimore, Maryland 21208
Telephone: (410) 484-8701
Facsimile: (410) 484-8703
Email: HowardNeedle@aol.com

Attorney for Plaintiffs

15th October 02
Alexander Harvey

MICROFILMED
OCT 16 2002

25

10-14-02;11:15AM; ;2025375505 # 3/ 3

David B. Hamilton, Bar No. 04308
Kelly J. Davidson, Bar No. 25217
Ober, Kaler, Grimes & Shriver
A PROFESSIONAL CORPORATION
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
Telephone: (410) 685-1120
Facsimile: (410) 547-0699
Email: kjdavidson@ober.com

Attorneys for Defendant
First Horizon Home Loan Corporation

L. Mark Winston
Glazer & Siegel, PLLC
Suite 740
5301 Wisconsin Avenue, N.W., Suite 740
Washington, D.C. 20015
MD Bar No. 05657
Telephone: (202) 537-5500
Facsimile: (202) 537-5505
Email: LMW@glazersiegel.com

Attorney for Defendant
Washington Mutual Bank, FA

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the Stipulation of Dismissal of Defendant First Horizon Home Loan Corporation With Prejudice were served via first class mail this 15th day of October 2002 on:

Howard J. Needle, Esquire
1321 Harden Lane
Baltimore, Maryland 21208

Attorney for Plaintiffs

and

L. Mark Winston, Esquire
Glazer and Siegel, PLLC
5301 Wisconsin Avenue, N.W., Suite 740
Washington, D.C. 20015

Attorney for Defendant
Washington Mutual Bank

Kelly J. Davidson

Kelly J. Davidson