UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
BALTIMORE, MARYLAND 21201

ALEXANDER HARVEY II
SENIOR JUDGE


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 10 P 3: 04

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

February 10, 2003

Howard J. Needle, Esq.
1321 Harden Lane
Baltimore, MD 21208

L. Mark Winston, Esq.
Glazer & Siegel
Suite 740
5301 Wisconsin Avenue, NW
Washington, DC 20015

Re: Jordan, et al. v. Washington
    Mutual Bank
    Civil No. H-02-1465

Gentlemen:

Counsel have once again requested an extension of Scheduling Order dates in this case. Pending is defendant's Consent Motion to Modify Scheduling Order. It appears that both plaintiffs' attorney and defendant's attorney have scheduled trips in February and March which interfere with their ability to comply with provisions of the Revised Scheduling Order of October 30, 2002.

Under the circumstances, I will grant the pending Consent Motion. A Second Revised Scheduling Order has been entered today. No further request for an extension of Scheduling Order dates will be granted absent compelling circumstances. A copy of the Second Revised Scheduling Order is enclosed herewith for each of you.

Very truly yours,

Alexander Harvey, II
Senior United States District Judge

Encl.
cc: Deputy Clerk Lee