IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MONICA JORDAN, et al.         *

      Plaintiffs         *

vs.                           *   CIVIL NO. H-02-1465

WASHINGTON MUTUAL BANK        *

      Defendant          *

\*       \*       \*       o0o       \*       \*       \*

## SECOND REVISED SCHEDULING ORDER

The Scheduling Order of July 30, 2002 and the Revised Scheduling Order of October 30, 2002 are hereby further revised as follows:

1. Depositions and all other discovery shall be completed by <u>March 17, 2003</u>;

2. The pretrial conference previously scheduled for March 18, 2003 is hereby canceled;

3. Motions for summary judgment or other dispositive motions must be filed by <u>March 31, 2003</u>;

4. A final pretrial conference is scheduled in this case for <u>Tuesday, April 8, 2003</u> at 4:00 p.m. in chambers. If a motion for summary judgment or other dispositive motion has previously been filed, the pretrial conference will be converted into a status conference.

Except as provided herein, all other applicable provisions of prior Scheduling Orders shall remain in full force and effect.

_____
Senior United States District Judge

DATED: February 10, 2003