UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Monica Jordan | ) | |
| Louis Jordan | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action Number: H02CV1465 |
| | ) | |
| Washington Mutual Bank | ) | |
| | ) | |
|     Defendant | ) | |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

### TABLE OF CONTENTS

I.    FACTUAL BACKGROUND ............................................ 1

II.   STATEMENT OF THE CASE ............................................ 4

III.  APPLICABLE STANDARDS FOR SUMMARY JUDGMENT ............ 5

IV.  ARGUMENT ............................................ 7

    A. Movant Is Entitled To Summary Judgment As To All Claims .......... 7

        1.   Plaintiffs Not Entitled to Relief Under
            The Fair Credit Reporting Act ............................. 7

        2.   Plaintiffs Not Entitled to Relief Under
            Electronic Fund Transfer Act ............................. 12

        3.   Plaintiffs' State Law Actions Are Preempted
            By Fair Credit Reporting Act ............................. 15

    B. In Event Court Denies Summary Judgment As to Some Or All
       Aspects of Counts III through VII, Movant Entitled To Partial
       Summary Judgment As To Certain Aspects of All Counts of Complaint    19

        1.   Movant Entitled To Partial Summary Judgment
            Because Plaintiffs Cannot Demonstrate Any Connection
            Between Defendant's Alleged Acts and Omissions and

|   |   |   | Plaintiffs' Alleged Economic Loss | 19 |
|---|---|---|---|---|
|   | 2. | Plaintiffs' Damages For Lost Profits Are Too Speculative To Be Legally Cognizable | | 24 |
| V. | CONCLUSION | | | 30 |