IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA JORDAN<br>LOUIS JORDAN | * | |
| Plaintiffs | | |
| V. | * | Case No.: **H-02-CV-1465** |
| WASHINGTON MUTUAL BANK | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF VOLUNTARY DISMISSAL

All of the parties, by their counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii) that this case has been settled and it is hereby dismissed with prejudice.

| | |
|---|---|
| /s/ Howard J. Needle<br>Howard J. Needle<br>1321 Harden Lane<br>Baltimore, MD 21208<br>Phone: (410) 484-8701<br>Fax: (410) 484-8703<br>Email: HowardNeedle@aol.com<br>Federal Bar No. 2904<br>Counsel for the plaintiffs | /s/ L. Mark Winston<br>L. Mark Winston<br>5301 Wisconsin Ave., N.W.<br>Washington, D.C. 20015<br>Phone: (202) 537-5500<br>Fax: (202) 537-5505<br>Email: LMW@Glazersiegel.com<br>Federal Bar No. 5657<br>Counsel for the defendant |